2025R00669/AET

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FILED
SEP 10 2025
AT 8:30 ___ M
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Julien Xavier Neals |
| v. | Crim. No. 25-541 |
| MICAH REID<br>a/k/a "Nips" | 21 U.S.C. § 846<br>18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 924(c)(1)(A)(i) |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

## COUNT ONE
### (Conspiracy to Distribute Controlled Substances)

From at least as early as in or around June 2023 through in or around October 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**MICAH REID,**
**a/k/a "Nips,"**

did knowingly and intentionally conspire with others to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
## (Unlawful Possession of a Firearm by a Convicted Felon)

On or about October 20, 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**MICAH REID**,
a/k/a "Nips,"

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely a Taurus G3C 9mm handgun, bearing serial number ADB992270, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
### (Possession with Intent to Distribute Cocaine)

On or about October 20, 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**MICAH REID,**
**a/k/a "Nips,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about October 20, 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**MICAH REID**,
**a/k/a "Nips,"**

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, the possession with intent to distribute cocaine charged in Count Three of this Indictment, did knowingly possess a firearm, namely, a Taurus G3C 9mm handgun, bearing serial number ADB992270.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION ONE

Upon conviction of the firearms offenses alleged in Counts Two and Four of this Indictment, the defendant,

**MICAH REID,**
**a/k/a "Nips,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including, but not limited to, a Taurus G3C 9mm handgun, bearing serial number ADB992270.

## FORFEITURE ALLEGATION TWO

Upon conviction of the controlled substances offense in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 charged in Counts One and Three of this Indictment, the defendant,

**MICAH REID,**
**a/k/a "Nips,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offenses, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses charged in Counts One and Three of this Indictment.

## SUBSTITUTE ASSETS PROVISION
### (Applicable to All Forfeiture Counts)

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

TODD BLANCHE
U.S. Deputy Attorney General

*Alina Habba /RLW*
ALINA HABBA
Acting United States Attorney and
Special Attorney

Alison Thompson
Assistant United States Attorney

7

CASE NUMBER: 25- 541

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

MICAH REID,
a/k/a "Nips"

## INDICTMENT FOR
21 U.S.C. § 846
18 U.S.C. § 922(g)(1)
21 §§ U.S.C. 841(a)(1) and (b)(1)(C)
18 U.S.C. § 924(c)(1)(A)(i)

A True Bill,



UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

ALISON THOMPSON
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2903